IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SUSAN CAUTHEN, Individually and as Administratrix
of the Estate of Cory Allen Cauthen, a minor, deceased     PLAINTIFF

vs.     1:08CV00012-WRW

TONY PACE, et al     DEFENDANTS

ORDER

It has come to the attention of the Court, through the filing of a Notice of Bankruptcy, that the defendants, Tony Pace and Donna Pace, have filed for bankruptcy in the United States Bankruptcy Court for the Eastern District of Arkansas, Case No. 01:09-bk -13980 Chapter 7.

Pursuant to the bankruptcy filing, this case will be held in abeyance until the bankruptcy matter is resolved. No further action will be taken on this case and the parties are directed to contact the Court when the bankruptcy has been resolved and the case may be placed back on the Court's active docket.

The Clerk is directed to administratively terminate this case, without prejudice, to the right of the parties to file a Motion to Reopen with the bankruptcy matter has been resolved.

IT IS SO ORDERED this 18th day of June, 2009.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE

admnterm.bnk2